# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| Tracey Brooks Holloway | ) |
| | ) Case No   19 B 29026 |
| | ) |
| | ) |
| DEBTOR(S) | ) |
| | ) Chapter 11 |

## REASSIGNMENT ORDER

Based on the fact that the above-captioned bankruptcy case is currently pending before Bankruptcy Judge Deborah L Thorne and Judge Throne wishes to recuse herself from hearing the above-captioned bankruptcy case and all related matters due to a conflict:

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned bankruptcy and all related proceedings to Judge Jacqueline P. Cox to be heard in Cook County in accordance with the Rules of the United States Bankruptcy Court for the Northern District of Illinois and pertinent general orders.

ENTERED:

_____
A Benjamin Goldgar
Acting Chief Bankruptcy Judge

Dated: October 28, 2019

**In re:** Tracey Brooks Holloway
**Case No.:** 19-29026

# CERTIFICATE OF SERVICE

I, Cynthia Keith, certify that I caused to be mailed copies of the foregoing Reassignment Order to be served on the parties listed below via First Class Mail and/or electronically via the Court's electronic notification system on or before 10/28/2019.

*Cynthia Keith*

Cynthia Keith, Trustee Coordinator

## Electronic Service through CM/ECF System

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

## Serviced by U.S. Mail

Tracey Brooks Holloway
1415 N Dearborn
Unit 16A
Chicago, IL 60610